UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHRISTOPHER D. GALAVIZ, ) | Case No.: 1:09-CV-2181 SKO |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon the parties' stipulation, the above captioned matter is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:  **July 16, 2010**                    **/s/ Sheila K. Oberto**
                                                                       UNITED STATES MAGISTRATE JUDGE